

**Samuel Kadosh**
Direct Phone: +1 212 549 0451
Email: skadosh@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

October 15, 2020

**VIA ECF**

The Hon. Naomi R. Buchwald
United States District Court
for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re:** *BPI Lux S.a.r.l. v. Board of Managers of the Setai Condominium Residence at 40 Broad Street, et al.*, 18 Civ. 1621 (NRB)

Dear Judge Buchwald:

We represent Plaintiff BPI Lux S.a.r.l. ("BPI") in the above-referenced matter. We write jointly with the consent of Defendants' counsel, to respectfully request an additional thirty-day stay of all deadlines in order to allow the parties to finalize the settlement in this matter.

The parties have reached an agreement to settle this matter, and have exchanged drafts of a written settlement agreement. The parties require additional time to finalize a few outstanding issues with respect to the written settlement agreement. The parties were previously granted a 30-day stay of all deadlines on September 15, 2020, and request an additional thirty-day stay to finalize the agreement.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Samuel Kadosh*

Samuel Kadosh

Application granted. Final extension.
**SO ORDERED.**

*Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        October 15, 2020